DECEMBER 7, 1960

No. 64961.—Organon, Inc. *v.* United States, protests 59/1123(A), 59/1124(A), and 59/1124(B).——Abstract 64652. Plaintiff's application for rehearing granted.

DECEMBER 6, 1960

No. 64962.—SUIT 5047.—Perryman, Mojonier, a/c R. Sewelson Co. *v.* United States.——C.D. 2170. (Appeal dismissed October 10, 1960.)

No. 64963.—SUIT 5057.—United States *v.* John V. Carr & Son, Inc.———C.D. 2197. (Appeal dismissed October 10, 1960.)

BEFORE THE SECOND DIVISION, DECEMBER 15, 1960

No. 64964.—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) et al. *v.* United States, protests 59/26488, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiffs was sustained.

No. 64965.—Reliance International Mfg., Ltd. *v.* United States, protest 60/1741 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of parakeet playpens, composed in chief value of steel, the same in all material respects as those the subject of *Reliance International Mfg., Ltd.* v. *United States* (37 Cust. Ct. 182, C.D. 1820), the claim of the plaintiff was sustained.